IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT ALEXANDER ALBANO,      )
a/k/a ALEX ALBANO,            )
                              )
            Plaintiff,        )         8:06CV229
                              )
      v.                      )
                              )
UNITED STATES OF AMERICA,     )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on the joint motion for extension of time to meet and confer under Rule 26 and to file related report (Filing No. 11). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the joint motion is granted; the parties shall have until August 1, 2006, to file their Rule 26 report.

DATED this 19th day of May, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court