IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT ALEXANDER ALBANO, a/k/a ALEX ALBANO, | ) ) ) | 8:06CV229 |
| Plaintiff and Counterclaim Defendant, | ) ) ) | ORDER |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant and Counter claim Plaintiff | ) ) ) | |
| v. | ) ) | |
| WILLIAM A. ALBANO and WILLIAM A. ALBANO as Personal Reprerentative of te Estate of MARY JO ALBANO, deceased, | ) ) ) ) ) | |
| Additional Counterclaim Defendants. | ) ) ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 19).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Thursday, September 21, 2006, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 23rd day of August, 2006.

                          BY THE COURT:


                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court