IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT ALEXANDER ALBANO, a/k/a ALEX ALBANO, | ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | 8:06CV229 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
| Defendant and Counter- claim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WILLIAM A. ALBANO and WILLIAM A. ALBANO as Personal Representative of the Estate of MARY JO ALBANO, deceased, | ) ) ) ) ) | |
| Additional Counterclaim Defendants. | ) ) | |
| _____ | ) | |

      This matter is before the Court after telephonic planning conference with the parties.  Pursuant to said conference:

      IT IS ORDERED:

      1) This action is stayed until January 2, 2007;

      2) The parties shall file a written status report on or before said date;

      3) Plaintiff shall file an amended complaint on or before December 29, 2006, or seek an extension of the stay if the

Internal Revenue Service has not ruled on the request for refund that relate to the subject of the third cause of action.

DATED this 21st day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court