IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT ALEXANDER ALBANO, a/k/a ALEX ALBANO, | ) ) ) | 8:06CV229 |
| Plaintiff and Counterclaim Defendant, | ) ) ) ) | ORDER |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant and Counterclaim Plaintiff, | ) ) ) ) | |
| vs. | ) ) | |
| WILLIAM A. ALBANO and WILLIAM A. ALBANO, as Personal Representative of the Estate of Mary Jo Albano, Deceased, | ) ) ) ) ) | |
| Additional Counterclaim Defendants. | ) ) | |

This matter is before the Court after receipt of the report of parties' status report (Filing No. 27).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Thursday, February 1, 2007, at 8:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 8TH day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court