IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT ALEXANDER ALBANO, a/k/a ALEX ALBANO, | ) ) ) | |
|     Plaintiff and Counterclaim Defendant, | ) ) ) | 8:06CV229 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
|     Defendant and Counter-claim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WILLIAM A. ALBANO and WILLIAM A. ALBANO as Personal Representative of the Estate of MARY JO ALBANO, deceased, | ) ) ) ) ) | |
|     Additional Counterclaim Defendants. | ) ) ) | |

This matter is before the Court on the joint motion for extension of time to file motions for summary judgment (Filing No. 55). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the parties shall have until September 14, 2007, to file motions for summary judgment.

DATED this 31st day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court