IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT ALEXANDER ALBANO, a/k/a ALEX ALBANO, | ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | 8:06CV229 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
| Defendant and Counter- claim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WILLIAM A. ALBANO and WILLIAM A. ALBANO as Personal Representative of the Estate of MARY JO ALBANO, deceased, | ) ) ) ) ) | |
| Additional Counterclaim Defendants. | ) ) ) | |

This matter is before the Court on the joint motion of all parties to reschedule trial (Filing No. 93). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the joint motion is granted; trial of this matter is rescheduled for:

**Monday, February 11, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 1st day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court