IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT ALEXANDER ALBANO, a/k/a ALEX ALBANO, | ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | 8:06CV229 |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
| Defendant and Counter- claim Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| WILLIAM A. ALBANO and WILLIAM A. ALBANO as Personal Representative of the Estate of MARY JO ALBANO, deceased, | ) ) ) ) ) | |
| Additional Counterclaim Defendants. | ) ) ) | |

This matter is before the Court on the motion to withdraw filed by Thomas J. Young (Filing No. 97).  The Court finds a response should be filed thereto.  Accordingly,

IT IS ORDERED that the plaintiff, Robert Alexander Albano shall file a written response to the motion to withdraw on or before April 4, 2008, keeping in mind that trial in this matter is scheduled for April 21, 2008.  The Clerk of Court shall

mail a copy of this order to plaintiff at 513 "C" Paula Street, Wichita, Kansas 67209.

DATED this 21st day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court