IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT ALEXANDER ALBANO, a/k/a ALEX ALBANO, | ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | 8:06CV229 |
| v. | ) ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
| Defendant and Counter- claim Plaintiff, | ) ) ) ) | |
| v. | ) ) | |
| WILLIAM A. ALBANO and WILLIAM A. ALBANO as Personal Representative of the Estate of MARY JO ALBANO, deceased, | ) ) ) ) ) | |
| Additional Counterclaim Defendants. | ) ) ) | |

This matter is before the Court on the motion to withdraw filed by Thomas J. Young (Filing No. 97). The Court has reviewed the response of plaintiff (Filing No. 100) and finds said motion should be granted. Accordingly,

IT IS ORDERED:

1) Said motion is granted; Thomas J. Young is permitted to withdraw as counsel for plaintiff.

2) Trial of this matter remains scheduled for **April 21, 2008, at 9 a.m.** and plaintiff shall appear *pro se* or shall obtain new counsel on or before that date. However, this case will not transfer to the *pro se* docket.

3) The Clerk of Court shall mail a copy of this order to plaintiff at 513 "C" Paula Street, Wichita, Kansas 67209.

DATED this 28th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court