IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT ALEXANDER ALBANO, a/k/a ALEX ALBANO, | ) ) ) | |
|     Plaintiff and     Counterclaim Defendant, | ) ) ) | 8:06CV229 |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | ORDER |
|     Defendant and Counter-       claim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WILLIAM A. ALBANO and WILLIAM A. ALBANO as Personal Representative of the Estate of MARY JO ALBANO, deceased, | ) ) ) ) ) | |
|     Additional Counterclaim     Defendants. | ) ) ) | |

This matter is before the Court on the motion to reschedule trial (Filing No. 102). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; trial of this matter is rescheduled for:

**Monday, July 14, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 2nd day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court