IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT ALEXANDER ALBANO,          )
a/k/a ALEX ALBANO,                )
                                  )
        Plaintiff and             )         8:06CV229
        Counterclaim Defendant,   )
                                  )
              v.                  )
                                  )
UNITED STATES OF AMERICA,         )         ORDER
                                  )
        Defendant and Counter-    )
           claim Plaintiff,       )
                                  )
              v.                  )
                                  )
WILLIAM A. ALBANO and WILLIAM A.  )
ALBANO as Personal Representative )
of the Estate of MARY JO ALBANO,  )
deceased,                         )
                                  )
        Additional Counterclaim   )
        Defendants.               )
_____)
```

This matter is before the Court on the motions to reschedule trial date (Filing Nos. 105 and 107). The Court finds the extension should be granted. Accordingly,

IT IS ORDERED:

1) The motion to reschedule trial date (Filing No. 105) is denied as moot;

2) The motion to reschedule trial date (Filing No. 107) is granted; trial of this matter is rescheduled for:

**Monday, September 22, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 10th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court