IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT ALEXANDER ALBANO<br>aka ALEX ALBANO, | ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant and Counterclaim Plaintiff, | ) ) | Case No. 8:06CV229 |
| v. | ) ) | |
| WILLIAM A. ALBANO and<br>WILLIAM A. ALBANO as<br>Personal Representative of the Estate of<br>MARY JO ALBANO, deceased, | ) ) ) ) ) | |
| Additional Counterclaim Defendants. | ) | |

AGREED JUDGMENT ON COUNTERCLAIM
AND DISMISSAL OF REFUND SUIT

Upon the stipulation of Robert Alexander Albano, plaintiff and counterclaim defendant,

and the United States of America, defendant and counterclaim plaintiff, the Court finds that

Judgment in favor of the United States in the amount of $211,200 should be entered and the

refund suit commenced by plaintiff should be dismissed.

IT IS ORDERED THAT

1.   Judgment is entered in favor of the United States and against Robert Alexander

Albano in the amount of $211,200.

2.   The refund suit commenced by Robert Alexander Albano against the United

States is herewith dismissed.

3877902.1

3.     The parties to bear their own costs.

Dated this _____ day of _____, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Judge

Date:  2/13/09

Agreed to and submitted by:

_____

ROBERT E. FAY
VA Bar #47871
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, DC 20044-7238
Telephone: (202) 307-9209
Facsimile: (202) 514-6770
E-mail: Robert.E.Fay@usdoj.gov

_____

ROBERT A. ALBANO, *pro se*
2414 West Moffat Avenue, Unit 3
Chicago, Illinois 60647
Telephone (312)
Facsimile:

3877902.1