IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT ALEXANDER ALBANO<br>  aka ALEX ALBANO,<br><br>      Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant and Counterclaim Plaintiff,<br><br>v.<br><br>WILLIAM A. ALBANO and<br>WILLIAM A. ALBANO as<br>  Personal Representative of the Estate of<br>  MARY JO ALBANO, deceased,<br><br>      Additional Counterclaim Defendants. | Case No. 8:06CV229 |

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

Upon the joint motion of William A. Albano, personally, and as personal representative of the Estate of Mary Jo Albano, deceased, and the United States, (collectively "the parties") the Court finds that the parties' counterclaims against each other should be dismissed with prejudice.

IT IS ORDERED THAT

    1.    The United States' counterclaims against William A. Albano, personally, and against William A. Albano as personal representative of the Estate of Mary Jo Albano, deceased, are dismissed with prejudice.

2. The claims stated against the United States by William A. Albano, personally, and by William A. Albano as personal representative of the Estate of Mary Jo Albano, deceased are dismissed with prejudice.

3. The parties will bear their own costs.

DATED this 16th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Judge

Agreed to and submitted by:

| For the United States of America: | For William A. Albano, in all capacities: |
|---|---|
| *s/ Robert E. Fay* | *s/ Michael D. Kozlik* |
| ROBERT E. FAY | MICHAEL D. KOZLIK |
| VA Bar #74871 | Harris Kuhn Law Firm, LLC |
| Trial Attorney, Tax Division | 1005 South 107th Avenue, Suite 100 |
| United States Department of Justice | Omaha, NE 68114 |
| Post Office Box 7238, Ben Franklin Station | Telephone: (402) 397-1200 |
| Washington, DC 20044-7238 | Facsimile: (402) 397-1201 |
| Telephone: (202) 307-9209 | Email: mkozlik@harriskuhn.com |
| Facsimile: (202) 514-6770 | |
| E-mail: Robert.E.Fay@usdoj.gov | Attorney for Counterclaim Plaintiff/ Counterclaimants |
| Attorney for Counterclaim Plaintiff/ Counterclaimant | |